**DOCKET NUMBER:** <u>CR 17-0487</u>

## CRIMINAL CAUSE FOR Sentencing

**Date Received By Docket Clerk:** _____ **Docket Clerk Initials:** _____

**BEFORE JUDGE:** <u>Eric Komitee, USDJ</u>  **DATE:** <u>1/05/22</u>  **TIME IN COURT** <u>1</u> **HR** <u>30</u> **MINS**

**DEFENDANT'S NAME:** <u>John Doe</u>  **DEFENDANT'S #:** <u>1</u>

- ■ Present ❑ Not Present ■ Custody ❑ Not Custody

**DEFENSE COUNSEL:** <u>James Branden</u>
- ❑ Federal Defender ■ CJA ❑ Retained

**A.U.S.A.:** <u>Lindsey Oken</u>  **PROBATION OFFICER:** <u>Jaime Turton</u>

**COURT REPORTER:** <u>ESR Operator</u>  **FTR LOG:** <u>2:48 – 4:20</u>

- ❑ Arraignment
- ❑ Change of Plea Hearing (~*Util-Plea Entered*)
- ❑ In Chambers Conference
- ❑ Pre Trial Conference
- ❑ Initial Appearance
- ❑ Status Conference
- ❑ Telephone Conference
- ❑ Revocation of Probation non contested
- ❑ Revocation of Probation contested
- ■ Sentencing non-evidentiary
- ❑ Sentencing Contested
- ❑ Revocation of Supervised Release evidentiary
- ❑ Revocation of Supervised Release non-evidentiary
- ❑ Voir Dire Begun  ❑ Voir Dire Held  ❑ Jury selection  ❑ Jury trial
- ❑ Jury Trial Death Penalty  ❑ Sentence enhancement Phase  ❑ Bench Trial Begun
- ❑ Bench Trial Held  ❑ Bench Trial Completed  ❑ Motion Hearing Non Evidentiary
- ❑ Other Evidentiary Hearing Contested  TYPE OF HEARING _____

**UTILITIES**

- ❑ ~Util-Plea Entered  ❑ ~Util-Add terminate Attorneys  ❑ ~Util-Bond Set/Reset
- ❑ ~Util-Exparte Matter  ❑ ~Util-Indictment Un Sealed  ❑ ~Util-Information Unsealed
- ❑ ~Util-Set/Reset Deadlines  ❑ ~Util-Set/Reset Deadlines/Hearings
- ❑ ~Util-Set/Rest Motion and R&R Deadlines/Hearings  ❑ ~Util-Terminate Motions

**TEXT:** The Court accepted the Defendant's plea of guilty and adjudicated him guilty of Counts 1 and 2 of the Information. After hearing from the government, defense counsel, and the Defendant, the Court imposed the following sentence: 32 months and one day (made up of 20 months' imprisonment on the § 846 conviction and 12 months and one day of imprisonment on the § 3147 enhancement, to run consecutively) on Count 1; 12 months and one day on Count 2 to run consecutively to Count 1; 3 years supervised release; and a $200 special assessment. The Defendant was informed of his right to appeal. The Court ordered the parties' sentencing memorandums, the transcript of today's proceeding and the judgment be sealed.